## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                     **Crim. No. 5:20-CR-382-1FL**

**MICHAEL ANDREW RICHARDSON**

On February 22, 2022, the above named was placed on probation for a period of 5 years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8672
Executed On: March 12, 2026

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __30th__ day of __March__, 2026.

Louise W. Flanagan
U.S. District Judge

*Best wishes Mr. Richardson going forward !*
*Judge Flanagan*